# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2005

128750

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

CHRISTOPHER G. BROOKS,
           Plaintiff-Appellant,

v

MONROE CIRCUIT JUDGE,
           Defendant-Appellee.

SC: 128750
COA: 261177
Monroe CC: 96-027270-FC

_____/

On order of the Court, the application for leave to appeal the April 12, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2005

Clerk

t1024